UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| GLEN A. WITHAM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cv-00078-JAW |
| | ) | |
| ANDROSCOGGIN COUNTY | ) | |
| SHERIFF'S OFFICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT ORDER OVERRULING OBJECTION TO MAGISTRATE JUDGE ORDER**

On July 3, 2012, the Court issued an Order, denying Glen A. Witham's motion for sanctions against the Defendants. *Order Overruling Objection to Magistrate Judge Order* (ECF No. 47) (*Order*). On July 17, 2012, Mr. Witham filed an objection to this Court's Order. *Pl.'s Objection to the Overruling Order by the U.S. District Judge* (ECF No. 49) (*Pl.'s Objection*).

While there is no provision for objecting to an order of this sort, the District of Maine Local Rules allow for the filing of a motion for reconsideration and the Court has treated Mr. Witham's objection as a motion for reconsideration. *See* D. ME. LOC. R. 7(g). The standard for reconsideration is whether the order "was based on a manifest error of fact or law." D. ME. LOC. R. 7(g). In his objection, Mr. Witham merely repeats what he said earlier about the absence of a slash signature. *Pl.'s Objection* at 1-2. The Court addressed this issue in its Order and explained to Mr. Witham why there is no reason to sanction defense counsel. *Order* at 1-3. Mr.

Witham has failed to demonstrate that the Court's Order "was based on a manifest error or fact or law." D. ME. LOC. R. 7(g).

The Court OVERRULES Plaintiff's Objection to the Overruling Order by the U.S. District Judge (ECF No. 49).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 29th day of October, 2012